```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 06 B 14654
   ALFREDO DIAZ
                                          CHAPTER 13

                                          JUDGE: MANUEL BARBOSA

       Debtor
   SSN XXX-XX-3232


---------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 11/09/06 and confirmed on 02/22/07.

   2.  The case was dismissed after confirmation, 11/01/2007.

   3.  The Debtor paid a total of $    7576.00 .

   4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WILSHIRE CREDIT CORP | CURRENT MORTG | .00 | .00 | .00 |
| WILSHIRE CREDIT CORP | MORTGAGE ARRE | .00 | .00 | .00 |
| Z FINANCIAL | SECURED | .00 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 4214.86 | 24.06 | 4214.86 |
| ARMOR SYSTEMS CORP | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| DEPENDON COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| ISPC | UNSECURED | 4757.03 | 47.50 | 587.60 |
| OKAZAKI & ASSOC LAW OFFI | UNSECURED | NOT FILED | .00 | .00 |
| LAWRENCE LAW FIRM | UNSECURED | NOT FILED | .00 | .00 |
| MRSI | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 285.29 | 3.93 | 35.22 |
| UNITED CONSUMER FINANCIA | UNSECURED | 1334.58 | 13.97 | 164.86 |
| KANE COUNTY TREASURER | SECURED | .00 | .00 | .00 |
| B LINE LLC | UNSECURED | .00 | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 1030.24 | 8.58 | 127.25 |
| RECOVERY MANAGEMENT SYST | UNSECURED | 444.83 | 3.70 | 54.95 |

```
           Summary of disbursements:
---------------------------------------------------------------------------
                SECURED     PRIORITY   UNSECURED     OTHER       TOTAL
---------------------------------------------------------------------------
TOTAL CLMS ALLOWED    .00     4214.86     7851.97       .00     12066.83
PRINCIPAL PAID        .00     4214.86      969.88       .00      5184.74
INTEREST PAID         .00       24.06       77.68       .00       101.74
TOTAL PAID            .00     4238.92     1047.56       .00      5286.48
The Debtor's attorney, JAMES A YOUNG & ASSOC         , was allowed $   2500.00
and was paid $    500.00  direct and $   2000.00  through the plan.

The Trustee received $    289.52 .

Refunds to the Debtor totaled $       .00 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 02/11/08                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE


                                PAGE  2
        CASE NO. 06 B 14654 ALFREDO DIAZ